IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

TASHA HUDSON, et al.,                      )
                                           )
                    Plaintiffs             )
v.                                         )          Docket No. 3:18-cv-00096
                                           )
                                           )
JON FREIVALD and JOHN DOE,                 )
                                           )
                    Defendants             )
_____

## NOTICE OF APPEARANCE

Holly R. Vradenburgh, Esq, hereby notes her appearance as counsel for Defendant JON

FREIVALD, in this matter.

Respectfully Submitted,


s/ Holly R. Vradenburgh
Holly R. Vradenburgh, Esq
LUNSFORD & VRADENBURGH, LLC
414 E. Market Street, Ste C
Charlottesville, VA 22902
(434) 328-8798 (p)
(434) 328-8799 (f)
holly@lunsford-law.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 20, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Jeffrey E. Fogel, Esq.
913 E. Jefferson Street
Charlottesville, VA 22902
(434) 984-0300 (t)
(434) 220-4852 (f)
Jeff.Fogel@gmail.com

s/ Holly R. Vradenburgh_____
Holly R. Vradenburgh, Esq (VSB #84581)
LUNSFORD & VRADENBURGH, LLC
414 E. Market Street, Ste C
Charlottesville, VA 22902
(434) 328-8798 (p)
(434) 328-8799 (f)
holly@lunsford-law.com