

Exhibit 1

# Charlottesville Police Department
## Citizen Complaint Form

Complaint ☑
Inquiry ☐

Please do not write in this space - Police Department use only

| Time Reported | Date Reported | Location Where Received | | Complaint Number |
|---|---|---|---|---|
| 1935 | 10/12/16 | 606 E MARKET ST | | |

| Form of Complaint In Person ☑ Phone ☐ Mail ☐ | Supervisor Notified Time 1935 Date 10/12/16 | | Complaint Received Time 1925 Date 10/12/16 | |
|---|---|---|---|---|

| Date Received by IA | Time Received IA | Assigned To | Date Assigned | Time Assigned | Date of Completion |
|---|---|---|---|---|---|
| | | | | | |

| Complainant's Last Name | First | Address | | Apt/Floor | Home Phone |
|---|---|---|---|---|---|
| HUDSON, TASHA | | 833 MILLSIDE FOREST CT | F 203 | | (434) 806-5009 |

| Employer's Name | Business Address | | Occupation | Work Phone |
|---|---|---|---|---|
| UVA medical center | 1215 Lee Street | | Patient Care Tech | 924-5451 |

| Name of Police Department member complained of (if unknown, provide description of officer and type of duty performed, e.g. foot, auto, detective, etc.) | Badge # (if known) | Section |
|---|---|---|
| Auto / traffic stop | | |

| Time of Occurrence | Date of Occurrence | Location |
|---|---|---|
| 8:30 | 10/7/16 | Lovingston / college 29 North |

Other Information:

| Name of Witness | Address | Apt/Floor | Relationship | Telephone Number |
|---|---|---|---|---|
| Taliyah Johnson | Same as above | | daughter | |
| Marqus Johnson | Same as above | | Son | |

Details of complaint (In your own handwriting, give a brief description of what happened. Use reverse side of form if more space is required)

Was coming from 29 south from Tastee Freez heading back home and I was pulled over I pulled over and asked why I was pulled over and the officer stated I flashed my headlights 3 times I was like I never saw no headlights so why are you pulling me over the same way you put your blue lights on you should have put them on for me to move out your way

| Rank | Signature of Department member receiving complaint | Signature of Complainant |
|---|---|---|
| SGT. | J. R. VIA | |

Instructions for Complainant: Prepare this report in your own handwriting. You will receive a letter from the Office of Professional Standards acknowledging receipt of your complaint. An investigating officer will be in contact with you and schedule any necessary investigative interviews. You will be notified in writing at the conclusion of the investigation.

CPD-030
Revised: 3/2012

eard of such. Also he could have gotten in other lane if he was in hurry. Also he could have been anybody flashing head lights I wouldnt cue known he was a police behind me just because ot him flashing headlight There was also another officer with him my daughter was in the back her and my son they both saw the other officer but couldn't get a picture because they would have had to turn around to take it and that could have lead to something else meaning they probably would have thought somebody had a weapon because it was dark. It wasn't til the officer stopped talking that my children said he was city police and I also saw that once the car went past me flying. He never once gave me his name or anything. They both was laughing too because my children saw them, once the other officer headed back to his car. My rights were violated and I dont appreciate that because the outcome could have been a bad one. and I had children in there. My newborn was hollering the whole time. He really didnt give me a good reason why he pulled me over. We do have a recording and picture of the one officer. I dont know who the other one was.