IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| T.J., O.J., D.J., and J.J., infants by their<br>next friend Tasha Hudson | ) | |
| | ) | |
| Plaintiffs | ) | |
| v. | ) | Docket No. 3:18-cv-00096 |
| | ) | |
| | ) | |
| JON FREIVALD and JOHN DOE, | ) | |
| | ) | |
| Defendants | ) | |

## DEFENDANT FREIVALD'S ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant Jon Freivald ("Freivald") submits the following Answer and Affirmative

Defenses to Plaintiffs' Second Amended Complaint as follows:

### JURISDICTION

1. Paragraph 1, 2, and 3 of the Second Amended Complaint state a legal conclusion for

   which no answer is required. To the extent that an answer is required, Freivald admits the

   Plaintiffs seek to invoke the Court's jurisdiction pursuant to 42 U.S.C. § 1983, 28 U.S.C.

   §1331, 28 U.S.C. § 1343(a)(3) and (4), and 28 U.S.C. § 1367, but he denies any violation

   of 42 U.S.C. §1983 and the remaining allegations.

### PARTIES

4. Freivald is without knowledge or information sufficient to form a belief as to the truth of

   the allegations in Paragraph 4 of the Second Amended Complaint, and therefore denies

   the same.

1

5. Freivald is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5 of the Second Amended Complaint, and therefore denies the same.

6. Freivald is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6 of the Second Amended Complaint, and therefore denies the same.

7. Freivald is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7 of the Second Amended Complaint and therefore denies the same.

8. Freivald admits that at all times relevant to this action, he was a police officer employed by the City of Charlottesville Police Department. Except as so admitted, Freivald denies the allegations of Paragraph 8 of the Second Amended Complaint.

9. Frievald admits another officer was present, but denies the allegations contained in Paragraph 9 of the Second Amended Complaint that Defendant John Doe was employed by the City of Charlottesville.

FACTS

10. Freivald is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10 of the Second Amended Complaint and therefore denies the same.

11. Freivald denies the allegations contained in Paragraph 11 of the Second Amended Complaint, as at the time of this incident, the driver of the vehicle was violating several Virginia traffic infraction statutes and was causing a breach of peace as a result of her dangerous driving behavior.

12. Freivald admits that he was in uniform and driving a police vehicle and activated his overhead blue lights in Nelson County. Except as so admitted, Freivald denies the allegations of Paragraph 12 of the Second Amended Complaint.

13. Freivald admits that he informed the driver of the vehicle that she was going too slowly to be in the left lane and that she had failed to respond to his blinking headlights. Except as so admitted, Freivald denies the allegations of Paragraph 13 of the Second Amended Complaint.

14. Freivald denies the allegations contained in Paragraph 14 of the Second Amended Complaint, as the entire encounter lasted only a few minutes.

15. Freivald denies the allegations contained in Paragraph 15 of the Second Amended Complaint.

16. Freivald is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16 of the Second Amended Complaint, and therefore denies the same.

FIRST CAUSE OF ACTION

Civil Rights Violation (Illegal Seizure)

17. Freivald denies the allegations contained in Paragraph 17 of the Second Amended Complaint.

18. Freivald denies the allegations contained in Paragraph 18 of the Second Amended Complaint.

19. Freivald denies the allegations contained in Paragraph 19 of the Second Amended Complaint.

20. Freivald denies the allegations contained in Paragraph 20 of the Second Amended Complaint.

SECOND CAUSE OF ACTION

State Law (False Imprisonment)

21. Freivald denies the allegations contained in Paragraph 21 of the Second Amended Complaint.

22. Freivald denies the allegations contained in Paragraph 22 of the Second Amended Complaint.

AFFIRMATIVE DEFENSES

23. Plaintiff's claims are barred by the doctrine of qualified immunity.

24. Freivald reserves the right to assert additional affirmative defenses based upon further investigation and discovery.

WHEREFORE, Defendant Freivald respectfully requests that this Court

1. Dismiss with prejudice the claims brought by Plaintiffs against him;

2. Award Freivald reasonable attorneys' fees and expenses incurred in defending this action; and

3. Provide such other relief as the Court deems just and proper.

Respectfully Submitted,


s/ Holly R. Vradenburgh
Holly R. Vradenburgh, Esq
LUNSFORD & VRADENBURGH, LLC
414 E. Market Street, Ste C
Charlottesville, VA 22902
(434) 328-8798 (p)
(434) 328-8799 (f)
holly@lunsford-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record.

s/ Holly R. Vradenburgh
Holly R. Vradenburgh, Esq
LUNSFORD & VRADENBURGH, LLC
414 E. Market Street, Ste C
Charlottesville, VA 22902
(434) 328-8798 (p)
(434) 328-8799 (f)
holly@lunsford-law.com
