IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| T.J., O.J., D.J., and J.J., infants by their next friend Tasha Hudson | ) ) ) ) | |
| Plaintiffs | ) | |
| v. | ) ) | Docket No. 3:18-cv-00096 |
| JON FREIVALD and JOHN DOE, | ) ) ) ) | |
| Defendants | ) | |

## DEFENDANT FREIVALD'S MOTION TO MODIFY SUBPOENA DUCES TECUM

COMES NOW Defendant John Freivald ("Freivald") pursuant to Rule 45 of the Federal Rules of Civil Procedure and request the Court limit the Scope of the Subpoena Duces Tecum ("Subpoena") served on the City of Charlottesville by Plaintiffs. In support of his Motion, Freivald states as follows:

1. The relevant Subpoena (attached as Exhibit A) requests all documents associated with any prior complaints, civilian or internal, against Officer Freivald.

2. Defendant concedes that information related to the complaint plaintiffs' Next Friend filed is reasonably calculated to lead to the discovery of admissible evidence and does not object to the Subpoena in as much as it requests those records.

3. The request for records related to all prior complaints, however, is not reasonably calculated to lead to the discovery of admissible evidence and exceeds the scope of permissible discovery under Rule 26. It is not pleaded that Freivald engaged in a pattern or practice of extraterritorial stops or stops not supported by reasonable suspicion. No

1

damages other than nominal were pleaded, so this information would also not be relevant to damages.

4. Rule 45 subpoenas must fall within the proper scope of discovery under Federal Rule of Civil Procedure 26(b)(1).

5. Freivald has a personal privilege in the production sought and has standing to bring this motion.

Respectfully Submitted,

JON FREIVALD
By Counsel

s/ Holly R. Vradenburgh
Holly R. Vradenburgh, Esq
LUNSFORD & VRADENBURGH, LLC
414 E. Market Street, Ste C
Charlottesville, VA 22902
(434) 328-8798 (p)
(434) 328-8799 (f)
holly@lunsford-law.com

CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to counsel of record. I also provided a copy of this motion to John Blaire, Esq., via email and USPS.

John Blair, Esq (jblair@charlottesville.org; PO Box 911, Charlottesville, VA 22902)

s/ Holly R. Vradenburgh
Holly R. Vradenburgh, Esq
LUNSFORD & VRADENBURGH, LLC
414 E. Market Street, Ste C
Charlottesville, VA 22902
(434) 328-8798 (p)
(434) 328-8799 (f)
holly@lunsford-law.com

2

A

### UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| T.J., O.J., D.J. and J.J., infants, by their next friend Tasha Hudson, | : |
| | : |
| Plaintiffs, | :      Case No. 3:18-cv-00096 |
| | : |
| vs. | : |
| | : |
| JON FREIVALD and JOHN DOE, | : |
| | : |
| Defendant. | : |
| | : |

### SUBPOENA TO PRODUCE DOCUMENTS

**TO:**    John Blair, City Attorney
City of Charlottesville
P.O. Box 911
Charlottesville, VA 22902.

**YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents:

1. All documents associated with the complaint filed by Tasha Hudson against Police Officer John Freivald on October 7, 2017.

2. All documents associated with any prior civilian complaint against Officer Freivald.

3. All documents associated with any prior complaints (either internal or external) against Officer Freivald.

**PLACE:**   Law Offices of Jeffrey E. Fogel, 813 E. Jefferson Street, Charlottesville, VA 22902
**DATE AND TIME:**   November 15, 2019 at 10:00 a.m.

The following provision of Fed R. Civ. P 45 are attached hereto - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to response to this subpoena and the potential consequences of not doing to

s/Jeffrey E. Fogel
Jeffrey E. Fogel, VSB #76345
Attorney at Law
913 E. Jefferson Street
Charlottesville, VA 22902
434-984-0300 (Tel)
434-220-4852 (Fax)
E-mail: Jeff.Fogel@gmail.com

Dated: October 25, 2019