**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

_____
                                              :
**T.J., O.J., D.J. and J.J., infants, by their next**   :
**friend Tasha Hudson,**                       :          **Case No. 3:18-cv-00096**
                                              :
                        **Plaintiffs,**        :
                                              :
                  **vs.**                      :
                                              :
**JON FREIVALD and JOHN DOE,**                 :
                                              :
                        **Defendant.**         :
_____        :

**SUBPOENA TO PRODUCE DOCUMENTS**

**TO**:   John Blair, City Attorney
        City of Charlottesville
        P.O. Box 911
        Charlottesville, VA 22902.

        **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents:

1.  All documents associated with the complaint filed by Tasha Hudson against Police Officer John Freivald on October 7, 2017.

2.  All documents associated with any prior civilian complaint against Officer Freivald.

3.  All documents associated with any prior complaints (either internal or external) against Officer Freivald.

**PLACE**:   Law Offices of Jeffrey E. Fogel, 813 E. Jefferson Street, Charlottesville, VA 22902
**DATE AND TIME**:   November 15, 2019 at 10:00 a.m.

        The following provision of Fed R. Civ. P 45 are attached hereto - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to response to this subpoena and the potential consequences of not doing to

                                    s/Jeffrey E. Fogel
                                    Jeffrey E. Fogel, VSB #76345
                                    Attorney at Law
                                    913 E. Jefferson Street
                                    Charlottesville, VA 22902
                                    434-984-0300 (Tel)
                                    434-220-4852 (Fax)
                                    E-mail: Jeff.Fogel@gmail.com

Dated: October 25, 2019