IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| T.J., O.J., D.J., and J.J., infants by their next friend Tasha Hudson | ) ) ) | |
| Plaintiffs | ) | |
| v. | ) | Docket No. 3:18-cv-00096 |
| | ) ) | |
| JON FREIVALD and JOHN DOE, | ) ) | |
| Defendants | ) | |

CONSENT ORDER

The parties have stipulated and agreed on the scope of the Plaintiff's subpoena *duces tecum* ("Subpoena") attached as Exhibit A, and that certain documents and information produced during the course of discovery in this matter shall be protected as to preserve the confidentiality of sensitive information contained therein.

1. Scope of Subpoena: The City of Charlottesville through its City Attorney shall produce all citizen complaints filed against Defendant Freivald prior to October 7, 2016. The remaining personnel file shall not be produced.

2. The complaints produced shall be designated as Confidential—Attorneys Eyes Only and shall be labeled as such before being produced.

3. The Confidential information may be disclosed only to the Court in which this litigation is pending, Parties to this litigation and their counsel, and Experts retained or consulted in the course of this litigation.

4. If Confidential information is filed with the Court, it shall be filed in accordance with the provisions of Local Rule 9 of this Court.

IT IS SO ORDERED.

ENTERED this _____ day of _____, 2019.

_____
JUDGE

WE ASK FOR THIS

s/ Holly R. Vradenburgh_____
Holly R. Vradenburgh, Esq (VSB #84581)
LUNSFORD & VRADENBURGH, LLC
414 E. Market Street, Ste C
Charlottesville, VA 22902
(434) 328-8798 (p)
(434) 328-8799 (f)
holly@lunsford-law.com

s/ Jeffrey E. Fogel_____
Jeffrey E. Fogel,Esq. (VSB #76345)
ATTORNEY AT LAW
913 E. Jefferson Street
Charlottesville, VA 22902
(434) 984-0300 (t)
(434) 220-4852 (f)
Jeff.Fogel@gmail.com