**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| **T.J., O.J., D.J., and J.J., infants by their next friend, Tasha Hudson** )<br>)<br>) | |
| | **Docket No. 3:18-cv-00096** |
| **v.** )<br>) | |
| **JON FREIVALD and JOHN DOE,** )<br>    **Defendants.** )<br>) | |

**DEFENDANT FREIVALD'S SUPPLEMENTATION**
**TO INITIAL DISCLOSURES**

Substitution of Counsel for Defendant Freivald:

Bonnie J. Lepold, VSB #44926
LEPOLD & FREED, PLLC
414 E. Market Street, Ste. A
Charlottesville, VA 22902
(434) 282-2380 telephone
(434) 282-2382 facsimile
blepold@lepoldfreed.com
Attorney for Defendant Jon Freivald

Pursuant to Rule 26(e) of the Federal Rules of Civil Procedure, Defendant Jon Freivald, submits through his attorney, the following Supplementation to Initial Disclosures. This Supplementation is based on information and knowledge currently and reasonably available to Defendant Freivald, and he reserves the right to modify, amend, or supplement as necessary.

1

1) <u>Witnesses</u>:

In addition to those previously listed in Defendant Freivald's Initial Disclosures:

Corey Thacker (former Nelson County Deputy Sheriff)

Telephone (434) 610-0157

2) <u>Documents</u>

In addition to those previously listed in Defendant Freivald's Initial Disclosures: Defendant has a copy of the Nelson County Sheriff's Office's Call Detail report from October 7, 2016 as well as a copy of the audio of same dispatch report between then Deputy Thacker and the dispatch operator.  Copies of these documents and audios have been provided to Plaintiff's counsel on January 27, 2020.

3) <u>Damages</u>

N/A.

4) <u>Insurance</u>

None.

Respectfully Submitted,

JON FREIVALD
By Counsel

2

_____/s/_____
Bonnie J. Lepold, (VSB #44926)
Lepold & Freed, PLLC
414 East Market Street, Suite A
Charlottesville, Virginia 22902
(434) 282-2380 (telephone)
(434) 282-2382 (facsimile)
blepold@lepoldfreed.com
Counsel for Jon Freivald

## MAILING CERTIFICATE

I HEREBY CERTIFY that on the 27th day of January 2020, I mailed via first-class mail and electronically sent the foregoing Supplementation of Initial Disclosures to Jeff Fogel, Esq., 913 E. Jefferson Street, Charlottesville, VA 22902 (email: jeff.fogel@gmail.com).

_____/s/_____
Bonnie J. Lepold, (VSB #44926)
Counsel for Jon Freivald

3