**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | | |
|---|---|---|
| **T.J., O.J., D.J., and J.J., infants by their next friend, Tasha Hudson** | ) ) ) | |
| | ) | **Docket No. 3:18-cv-00096** |
| **v.** | ) | |
| | ) | |
| **JON FREIVALD and JOHN DOE,** | ) | |
| **Defendants.** | ) | |
| | ) | |

---

## DEFENDANT FREIVALD'S MOTION FOR SUMMARY JUDGMENT

COMES NOW the Defendant, Jon Freivald, by and through undersigned counsel, Bonnie J. Lepold, and pursuant to Fed. R. Civ. P. 56(a), moves this Court for summary judgment in his favor on all issues in the case and requests that the matter be dismissed with prejudice on the following grounds:

1.    As a mater of law, the Defendant Jon Freivald (hereinafter "Freivald") is entitled to summary judgment on his affirmative defense of qualified immunity.   The evidence, based on the undisputed facts, supports that Freivald acted with objective reasonableness and is entitled to qualified immunity in defense of all claims set forth in the Complaint.

2.    As a matter of law, the Plaintiffs have failed to state a claim for which relief may be granted for alleged violation of their Fourth Amendment rights under 42 U.S.C. §1983.  Plaintiffs have failed to state a claim for any violation of their Fourth Amendment rights as the undisputed facts support Freivald's defense that, based on the totality of the circumstances, there was a reasonable, articulable suspicion to initiate a traffic stop of Ms.

Tasha Hudson on October 7, 2016; due to her continual driving in the left lane of a divided highway, in violation of Va. Code Ann. § 46.2-804 ("Whenever any roadway has been divided into clearly marked lanes for traffic, drivers of vehicles shall obey the following: any vehicle proceeding at less than the normal speed of traffic at the time and place and under the conditions existing, shall be driven in the lane nearest the right edge or curb of the highway …except when overtaking or passing another vehicle…" and failure to give way to overtaking vehicles on divided highways, in violation of Va. Code Ann. § 46.2-842.1 (It shall be unlawful to fail to give way to overtaking traffic when driving a motor vehicle to the left and abreast of another motor vehicle on a divided highway.  On audible or light signal, of the overtaken vehicle shall move to the right to allow the overtaking vehicle to pass…").

3.      As a matter of law, the Plaintiffs have failed to state a claim or cause of action for which relief may be granted for false arrest in violation of Virginia law as the undisputed facts support Freivald's defense that, based upon the totality of the circumstances, there was probable cause to initiate a traffic stop of Ms. Tasha Hudson on October 7, 2016; due to the observed traffic violations stated above (namely, in violation of Va. Code Ann. § § 46.2-804; 46.2-842.1.

4.      If this Honorable Court grants summary judgment for Freivald regarding the federal claims, but not the tort claim, the Court should decline to exercise supplemental jurisdiction over the state tort claim because subject matter jurisdiction would no longer exist.

WHEREFORE, for the foregoing reasons, as well as the arguments set forth in Defendant's Memorandum in Support of Motion  for Summary Judgment filed with the pleadings and exhibits attached thereto, Defendant respectfully requests that this Court grant his Motion for Summary Judgment and dismiss all claims with prejudice.

Respectfully Submitted,


JON FREIVALD
By Counsel


_____/s/_____
Bonnie J. Lepold, (VSB #44926)
Lepold & Freed, PLLC
414 East Market Street, Suite A
Charlottesville, Virginia 22902
(434) 282-2380 (telephone)
(434) 282-2382 (facsimile)
blepold@lepoldfreed.com
Counsel for Jon Freivald


## MAILING CERTIFICATE


I HEREBY CERTIFY that on the 5th day of March 2020, I mailed via first-class mail and electronically sent the foregoing Motion for Summary Judgment to Jeff Fogel, Esq., 913 E. Jefferson Street, Charlottesville, VA 22902 (email: jeff.fogel@gmail.com).

_____/s/_____
Bonnie J. Lepold, (VSB #44926)
Counsel for Jon Freivald