# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| T.J., O.J., D.J. and J.J., infants, by their next friend Tasha Hudson, | : : : | |
|  | : | Case No. 3:18-cv-00096 |
| Plaintiffs, | : : | |
| vs. | : : : | |
| JON FREIVALD and JOHN DOE, | : : | |
| Defendants. | : : : | |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

Plaintiffs hereby move for summary judgment on all of their claims pursuant to Fed. R.

Civ. P. 56.  Plaintiffs are submitting a Brief in support of this motion.

Respectfully submitted,
T.J., O.J., D.J. and J.J.
By Counsel

s/Jeffrey E. Fogel
Jeffrey E. Fogel, VSB #76345
Attorney at Law
913 E. Jefferson Street
Charlottesville, VA 22902
434-984-0300 (Tel)
434-220-4852 (Fax)
E-mail: Jeff.Fogel@gmail.com

Counsel for Plaintiffs                                                March 9, 2020

## CERTIFICATE OF SERVICE

I certify that the above Motion for Summary Judgment and accompanying Brief will be served on March 9, 2020 by uploading the same to the court's ECF system which will give notice to all attorneys of record.

s/Jeffrey E. Fogel
Jeffrey E. Fogel