**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

|  |  |  |
|---|---|---|
| **T.J., O.J., D.J. and J.J., infants, by their next friend Tasha Hudson,** | : :  : | |
|  | : | **Case No. 3:18-cv-00096** |
| **Plaintiffs,** | : : | |
|  | : | |
| **vs.** | : : | |
| **JON FREIVALD and JOHN DOE,** | : : | |
|  | : | |
| **Defendants.** | : : | |
|  | : | |

**MOTION TO WITHDRAW**
**RESPONSE TO REQUEST FOR ADMISSIONS.**

Plaintiffs hereby move to withdraw one answer to defendant's requests for admissions. In support of this motion, plaintiffs shall rely on the declaration of counsel and a memo of law submitted herewith.

Respectfully submitted,
Tasha Hudson for all plaintiffs
By counsel

s/ Jeffrey E. Fogel
Jeffrey E. Fogel
913 E. Jefferson Street
Charlottesville, VA 22902

**CERTIFICATION OF SERVICE**

I certify that the within Motion with supporting Declaration and Memo of Law were served on defendant on April 15, 2020 by filing the same with the court's ECF system which will give notice to all counsel of records.

s/Jeffrey E. Fogel
Jeffrey E. Fogel