**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

|  |  |  |
|---|---|---|
| T.J., O.J., D.J. and J.J., infants, by their next friend Tasha Hudson, | : : : | |
| | : | **Case No. 3:18-cv-00096** |
| Plaintiffs, | : : | |
| vs. | : : | |
| JON FREIVALD and JOHN DOE, | : : | |
| Defendants. | : : : | |

**DECLARATION OF JEFFREY E. FOGEL**

Jeffrey E. Fogel declares under penalty of perjury:

1.    I am the attorney for plaintiffs and am fully familiar with the proceedings herein.

2.    Defendant sent a request that plaintiffs admit that "when Officer Freivald activated his lights behind the vehicle driven by Tasha Hudson, Ms. Hudson was driving in the left travel lane on a four-lane divided highway." (ECF #35-1 at 1).[1]

3.    Plaintiff responded as follows: "Denied in part and admitted in part. Officer Freivald did not activate his lights, he flashed his headlights. Plaintiffs admit they were in the left travel lane."  (ECF #35-1 at 3)

4.    That admission was incorrect as will be seen below.

5.    Ms. Hudson testified at her deposition as follows: "Q. The first things you noticed was police lights is that what you just told me? A. Right.  Q. And what lights are you referring to, are they headlights or overhead lights? A. No, the police lights that they cut on when they – when they pulling you over.  Q. Overhead lights?  A. Right . . .they were blue lights." (ECF # 35-2 at 9).

6.    Defendant Freivald has testified that he first flashed his headlights at Ms. Hudson's vehicle before activating his overhead blue lights. (ECF # 35-3 at 15-16).

---

[1]Rather than repeat attaching all the original documents when there is no dispute about a fact, I have referenced the exhibit in which the original appears.

7.    Mark Johnson, the father of the plaintiffs, testified that he first observed Officer Freivald when he had "cut his top lights on." (ECF 35-4 at 6).

8.    Marquis Johnson, brother of the plaintiffs, testified that the first thing he noticed were blue overhead police lights. (ECF # 34-2 at 7).

9.    Cory Thacker, then a deputy sheriff's officer in Nelson County, testified that he noticed Officer Freivald's car because of the overhead blue police lights. (ECF # 34-1 at 9).

10.    The foregoing quoted sources are true and accurate reproductions of the documents referenced.

s/Jeffrey E. Fogel
Jeffrey E. Fogel