UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

|  |  |  |
|---|---|---|
| T.J., O.J., D.J. and J.J., infants, by their next friend Tasha Hudson, | : : : | Case No. 3:18-cv-00096 |
|  | : | |
| Plaintiffs, | : | |
|  | : | |
| vs. | : | |
|  | : | |
| JON FREIVALD and JOHN DOE, | : | |
|  | : | |
| Defendants. | : | |
|  | : | |

### PLAINTIFFS' MEMORANDUM  IN SUPPORT OF MOTION TO WITHDRAW AND SUBSTITUTE RESPONSE TO REQUEST FOR ADMISSIONS.

Tasha Hudson testified that the first thing she noticed about Officer Freivald's car was when he activated his blue overhead lights.  However, in response to a request for admissions, counsel stated that Officer Freivald did not activate his lights, he flashed his headlights.  Since everyone else who has testified at depositions saw the overhead blue lights, including defendant Freivald, it is apparent that there was a miscommunication between counsel and Ms. Hudson.

Rule 36 (b), Fed. R. Civ. P. provides that a party may move to withdraw or amend a response to a request for admissions.  "The court may permit withdrawal or amendment if it would promote the presentation of the merits of the action and if the court is not persuaded that it would prejudice the requesting party in maintaining or defending the action on the merits." In this case, defendant will not be prejudiced in presenting his evidence that he blinked his headlights several times to try to get Ms. Hudson out of the left lane and then activated his overhead blue police lights.  There is no evidence to the contrary.

At the same time, withdrawal and substitution will facilitate the trial.  First, because it

substitutes the truth for an error on counsel's part.  Secondly, the jury is likely to be confused if defendant tries to rely on the admission that he did not activate his overhead blue lights even as he and all other witnesses testify otherwise.

Respectfully submitted,
Tasha Hudson, as next friend
By counsel

s/Jeffrey E. Fogel
Jeffrey E. Fogel
913 E. Jefferson Street
Charlottesville, VA 22902
(434) 984-0300
(434) 220-4852 (fax)
jeff.fogel@gmail.com

2