**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

| | |
|---|---|
| T.J., O.J., D.J., and J.J., infants by their next friend, Tasha Hudson<br><br>v.<br><br>JON FREIVALD and JOHN DOE,<br>　　　　　　　　　　Defendants. | )<br>)<br>)　**Docket No. 3:18-cv-00096**<br>)<br>)<br>)<br>)<br>) |

---

**DEFENDANT FREIVALD'S MOTION IN OPPOSITION TO PLAINTIFFS'
MOTION TO WITHDRAW RESPONSE TO REQUEST FOR ADMISSIONS**

COMES NOW the Defendant, Jon Freivald, by and through undersigned counsel, Bonnie J. Lepold, and hereby moves this Court to deny Plaintiffs' motion to withdraw a response to the requests for admissions or in the alternative should the Court grant Plaintiff's said motion, to award Defendant's attroney's fees incurred by his reasonable reliance on the said admission in crafting discovery requests and in the filing of his dispositive motions.

Respectfully Submitted,


JON FREIVALD
By Counsel


_____/s/_____
Bonnie J. Lepold, (VSB #44926)
Lepold & Freed, PLLC
414 East Market Street, Suite A
Charlottesville, Virginia 22902
(434) 282-2380 (telephone)
(434) 282-2382 (facsimile)
blepold@lepoldfreed.com
Counsel for Jon Freivald

1

**<u>CERTIFICATE OF SERVICE</u>**

      I HEREBY CERTIFY that on the 26th day of April 2020, I electronically sent the foregoing Motion and Memorandum of Law to Jeff Fogel, Esq., 913 E. Jefferson Street, Charlottesville, VA 22902 (email: jeff.fogel@gmail.com) by filing the same with the court's ECF system which will then give notice to all counsel of record.

_____/s/_____
Bonnie J. Lepold, (VSB #44926)
Counsel for Jon Freivald
