# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

**Tasha Hudson**

**vs.**

**Jon Freivald**

Action No:   3:19CV00096

Date:   May 6, 2020

Judge:   Hon. Glen Conrad

Court Reporter:   JoRita Meyer

Deputy Clerk:   Susan Moody

Plaintiff Attorney(s)

Jeffrey Fogel, Esq.

Defendant Attorney(s)

Bonnie Lepold, Esq.

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

None

DEFENDANT:

None

PROCEEDINGS:

Parties present telephonically by counsel on record for oral argument on Cross Motions for Summary Judgment filed at # 27, 29.   Brief discussion and agreement of parties re: how to proceed in re: Motion to Withdraw Admission filed at #36, and opposed at #40, 41.

Hearing open to public/parties dialed in to hear arguments.

Argument by counsel for deft on Motion for SJ #27
Response by counsel for plaintiff and Argument on Motion for SJ #29
Reply by counsel for each side to opposing

Remarks by Court – Ruling to issue in near future.
(Trial Date rescheduled for 9/28/2020 due to Covid-19 courthouse closure from 4/15/2020 trial date.)

TIME IN COURT:   11:01-11:54 am   53 mins.

Time in Court:   11:00-11:38 am   38 mins.